154 A.3d 675

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LEROY T. MOORE (A/K/A TASHON MOORE),
DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1695-13 and A-805-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.